**Stephen J. PARR, Appellant,**

v.

**ROTTLER PEST CONTROL COMPANY and Division of Employment Security, Respondents.**

**No. ED 103923**

Missouri Court of Appeals, Eastern District, **DIVISION FOUR.**

Filed: October 18, 2016

Motion for Rehearing and/or Transfer to Supreme Court Denied December 1, 2016

Stephan Parr, Pro Se, Fenton, Missouri, for Appellant.

Robert W. Stewart, Rottler Pest Control Company, St. Louis, Missouri, Joseph Thomas Charron, Rottler Pest Control Company, Ballwin, Missouri, Atty. for Respondent.

Larry Raymond Ruhmann, Jefferson City, Missouri, Atty. for Respondent, Division of Employment Services.

Before James M. Dowd, P.J., Kurt S. Odenwald, J., and Gary M. Gaertner, Jr., J.

## ORDER

PER CURIAM

Stephen J. Parr appeals from the Labor and Industrial Relations Commission's ("Commission") determination that he was disqualified from receiving unemployment benefits because he committed misconduct in connection with his employment at Rottler Pest Control Company ("Rottler"). Parr contends that the Commission erred because it improperly placed the burden on him to prove that he did not commit misconduct. Finding no error of law and that the Commission's decision is supported by competent and substantial evidence, we affirm.

An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their

---

information only, setting forth the reasons for this order pursuant to Rule 84.16(b).